EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Hernand Cruz Mateo | 2002 TSPR 106 <br><br> 157 DPR ____ |

Número del Caso: AB-2001-0047


Fecha: 27 de junio de 2002


Oficina del Procurador General
                    Lcda. Yvonne Casanova Pelosi
                    Procuradora General Auxiliar

                    Lcda. Edna Evelyn Rodríguez Benítez
                    Procuradora General Auxiliar

Abogado de la Parte Querellada:
                    Por Derecho Propio



Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 9 de julio de 2002
         fecha en que se le notificó al abogado el Per Curiam y          Sentencia.)

     Este documento constituye un documento oficial del Tribunal Supremo que está
     sujeto a los cambios y correcciones del proceso de compilación y publicación
     oficial de las decisiones del Tribunal. Su distribución electrónica se hace
     como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Hernand Cruz Mateo                                    AB-2001-47

PER CURIAM

**San Juan, Puerto Rico, a 27 de junio de 2002**

El 16 de octubre de 2001, el Procurador General de Puerto Rico --mediante un escrito intitulado "moción informativa y en solicitud de orden" --nos informó, entre otros asuntos, que habían requerido del Lcdo. Hernand Cruz Mateo cierta información, consistente la misma del número de "casos en que está interviniendo en representación de los sobrinos de [la quejosa, Sra. Marina Félix Pereira], acompañando copia de toda aquella evidencia documental que entendiera avalara su posición"; ello en relación con una queja que había presentado la Sra. Félix Pereira en contra de dicho abogado ante este Tribunal y que habíamos referido ante la Oficina del

Procurador General para la correspondiente investigación e informe. En dicho escrito, el Procurador General nos informó que no había "recibido comunicación o escrito alguno de parte del licenciado Cruz Mateo, por lo que todavía no [contaba con la información necesaria para culminar [la] investigación".

**Mediante Resolución, de 25 de octubre de 2001, le ordenamos al Lcdo. Cruz Mateo, en lo pertinente, que cumpliera con lo requerido por el Procurador General. El 10 de enero de 2002, le concedimos al Lcdo. Cruz Mateo un nuevo término de veinte días para que cumpliera con nuestra Resolución del 25 de octubre de 2001. El 12 de abril de 2001 requerimos, por tercera ocasión, del Lcdo. Cruz Mateo para que, en el término de diez días, brindara la información solicitada, <u>apercibiendo a éste de "que su incumplimiento con esta Resolución podía conllevar severas medidas disciplinarias</u>". El Lcdo. Cruz Mateo ha hecho <u>caso omiso</u> de las Resoluciones emitidas.**

I

Hemos expresado que el compromiso de todo abogado de mantener y contribuir a un orden jurídico íntegro y eficaz, con el propósito de lograr la más completa confianza y apoyo de la ciudadanía, se extiende no sólo a la esfera de la litigación de causas, sino a la jurisdicción disciplinaria de este Tribunal. <u>In re: Ríos Acosta</u>, 143 D.P.R. 128 (1997).

Por otro lado, <u>reiteradamente</u> hemos señalado que, independientemente de los méritos de las quejas presentadas en contra de un abogado, éste tiene la obligación ineludible de <u>responder prontamente</u> a los requerimientos de este Tribunal. <u>In re: Rodríguez Mena</u>, 126 D.P.R. 202 (1990).

Por último, debe mantenerse presente que la desatención a las órdenes de este Tribunal constituye una <u>violación</u> al Canon 9 del Código de Etica Profesional, en lo relativo a la exigencia de respeto hacia los tribunales. <u>In re: Salichs Martínez</u>, 131 D.P.R. 481 (1992).

**Habiendo hecho caso omiso el abogado Cruz Mateo a las órdenes de este Tribunal, y por los fundamentos antes expresados, procede decretar la**

**separación temporera inmediata de éste del ejercicio de la abogacía, y de la notaría, en Puerto Rico hasta que otra cosa disponga el Tribunal.**

Le imponemos a Hernand Cruz Mateo el deber de notificar a todos sus clientes de su inhabilidad de seguir representándolos e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

**La Oficina del Alguacil de este Tribunal procederá, <u>de inmediato</u>, a incautarse de la obra y sello notarial de Hernand Cruz Mateo, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para su examen e informe a este Tribunal.**

**Se dictará Sentencia de conformidad.**

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

**In re:**

Hernand Cruz Mateo                    AB-2001-47

SENTENCIA

**San Juan, Puerto Rico, a 27 de junio de 2002**

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la separación temporera inmediata del ejercicio de la abogacía y de la notaría en Puerto Rico de Hernand Cruz Mateo, a partir de la notificación de la presente Opinión y hasta que otra cosa disponga este Tribunal. Le imponemos a éste el deber de notificar a todos sus clientes de su inhabilidad de seguir representándolos e informar oportunamente de su suspensión indefinida a los foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

La Oficina del Alguacil de este Tribunal procederá, <u>de inmediato</u>, a incautarse de la obra y sello notarial de Hernand Cruz Mateo, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para su examen e informe a este Tribunal.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Fuster Berlingeri no intervinieron.


                              Patricia Otón Olivieri
                          Secretaria del Tribunal Supremo